# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>531-2021-00631 |
|---|---|---|
| | **MARYLAND COMMISSION ON CIVIL RIGHTS** | and EEOC |
| | *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.)<br>**MRS. VELEDA Y GHEE** | Home Phone<br>**(443) 480-5123** | Year of Birth<br>**1978** |
|---|---|---|
| Street Address<br>**3019 CASCADE DR,** | City, State and ZIP Code<br>**ABINGDON, MD 21009** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**GFL WASTE INDUSTRIES** | No. Employees, Members<br>**501+** | Phone No.<br>**(410) 457-0404** |
|---|---|---|
| Street Address<br>**3634 CONOWINGO ROAD,** | City, State and ZIP Code<br>**STREET, MD 21154** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br>☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER (*Specify*) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: **11-01-2020**   Latest: **02-16-2021**<br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I. I began my employment with the above-named Respondent on October 30, 2020 as a Recycle Truck Driver. I am currently employed as a Recycle Truck Driver under the supervision of Matthew Heckrotte, Operations Supervisor II. Since November 2020, I have been subjected to sex-based harassment. Throughout November 2020, my Helper, Alfonzo (LNU), urinated in places where I could see him, resulting in me seeing his penis and butt, despite the fact I asked him not to do this. On or about November 28, 2020, I complained to management regarding Alfonzers bathroom use, and I was told his conduct was inappropriate. However, Alfonzers offensive behavior continued for the next three days, until I complained again. On December 4, 2020, Jose (LNU) was assigned as my Helper, but he also engaged in inappropriate bathroom use. I complained on December 26, 2020, and Jose was removed from the truck that day. I have not been assigned a permanent Helper since December 26, 2020. I am either assigned dumping trucks at the dump, or I get a random Helper who has been told not to urinate in public. On January 20, 2021, in my presence, a Driver told Kenny Roberts, Supervisor, 'If she's working with me, there's going to**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT  *Veleda Ghee* |
| **Digitally signed by Veleda Ghee on 03-10-2021 03:45 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>7/29/2021 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**531-2021-00631** |
|---|---|---|
| **MARYLAND COMMISSION ON CIVIL RIGHTS**<br>*State or local Agency, if any* | | and EEOC |

be dick slinging all over the place.'  On January 23, 2021, Teon Huff, Helper, refused to work with me.  On February 9, 2021, my assigned Helper, Michael Henderson, said, Im never working with this bitch again.  Respondents failure to take corrective action has created a hostile work environment.

**II. No reasonable explanation has been provided for Respondents actions.**

**III. I believe I have been discriminated against because of my sex (Female) and retaliated against for engaging in protected activity with respect to harassment and Helper assignment in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT        *Veleda Ghee* |
| **Digitally signed by Veleda Ghee on 03-10-2021 03:45 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>7/29/2021 |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

DocuSign Envelope ID: AC0AF139-5E37-445E-A158-63DE2195F052

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.